1  Devin Fok (SBN #256599)
   devin@devinfoklaw.com
2  Ainat Kiewe (SBN #207439)
   ainat@devinfoklaw.com
3  **DHF Law, PC**
4  2304 Huntington Drive, Suite 210
   San Marino, CA 91108
5  Ph: (888) 651-6411
   Fax: (818) 484-2023
6
7  Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| ASYA AMEENAH HUNTER, individually<br><br>　　　　Plaintiff,<br><br>　v.<br><br>BACKGROUNDCHECKS.COM; and DOES 1-10, inclusive,<br><br>　　　　Defendants. | Case No. 2:24-cv-01098-DJC-CSK<br><br>[Sacramento County Superior Court Case No. 24CV004636]<br><br>**ORDER RE: STIPULATION TO EXTEND TIME TO RESPOND AND CORRESPONDING CHANGES TO BRIEFING SCHEDULE**<br><br>Date:　　July 11, 2024<br>Time:　　1:30 p.m.<br>Filed:　　March 11, 2024<br>Removed: April 11, 2024 |

   GOOD CAUSE APPEARING, THE COURT HEREBY ORDERS that the deadline for Plaintiff to oppose Defendant's Motion to Dismiss for Lack of Jurisdiction (ECF 5) is extended to June 6, 2024. The deadline for Defendant to reply to Plaintiff's opposition is extended to June 20, 2024.

///

- 1 -

**IT IS SO ORDERED.**

Dated: May 22, 2024

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE