

# United States District Court
# Eastern District of California

Asya Ameenah Hunter

Plaintiff(s)

V.

Backgroundchecks.com and Does 1-10 inclus

Defendant(s)

Case Number: 2:24-cv-01098-DJC-CSK

APPLICATION FOR PRO HAC VICE
AND ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California,
Leah A. Tedford hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

backgroundchecks.com, LLC

On 05/18/2021 (date), I was admitted to practice and presently in good standing in the Supreme Court of Pennsylvania (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

[ ] I have / [✔] I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: 07/03/2024          Signature of Applicant: /s/ Leah A. Tedford

**Pro Hac Vice Attorney**

Applicant's Name: Leah A. Tedford

Law Firm Name: Montgomery McCracken Walker & Rhoads, LLP

Address: 1735 Market Street, 20th Floor

City: Philadelphia          State: PA      Zip: 19103

Phone Number w/Area Code: (215) 772-1500

City and State of Residence: Philadelphia, PA

Primary E-mail Address: ltedford@mmwr.com

Secondary E-mail Address:

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Neeru Jindal

Law Firm Name: Klinedinst PC

Address: 777 S. Figueroa Street, Suite 4000

City: Los Angeles          State: CA      Zip: 90017

Phone Number w/Area Code: (213) 442-7000          Bar # 235082

## ORDER

The Pro Hac Vice Application is APPROVED.  The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: July 3, 2024

*Daniel J. Calabretta*

THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE