Devin H. Fok (SBN: 256599)
devin@devinfoklaw.com
Ainat Kiewe (SBN: 207439)
ainat@devinfoklaw.com
DHF Law, PC
2304 Huntington Drive, Suite 210
San Marino, CA 91108
Ph: 888-651-6411

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

ASYA AMEENAH HUNTER, as an individual

Plaintiff,

v.

BACKGROUNDCHECKS.COM, and DOES 1-10 inclusive,

Defendant.

No. 2:24-cv-01098-DJC-CSK

[Sacramento County Superior Court Case No. 24CV004636]

**ORDER RE: JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE OF DEFENDANT BACKGROUNDCHECKS.COM LLC**

**Judge: Hon. Daniel J. Calabretta**

**ORDER**

Having reviewed the foregoing stipulation, and for good cause appearing, the Court hereby grants the Parties' Joint Stipulation for Dismissal with Prejudice of Defendant BACKGROUNDCHECKS.COM LLC. Each party shall bear its own costs and fees.

**IT IS SO ORDERED.**

Dated: March 7, 2025

/s/ Daniel J. Calabretta

THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE